[No. 10141-2-I. Division One. December 19, 1983.]

RUTH I. HANSON, as *Executor and Personal Repre-sentative, Appellant,* v. MT. BAKER MUTUAL SAVINGS BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80-2-00339-5, Jack S. Kurtz, J., entered December 12, 1980. *Reversed* and *remanded* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Corbett, JJ.

[No. 12702-1-I. Division One. December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY WAYNE BIBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00201-8, Richard M. Ishikawa, J., entered January 5, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 11524-3-I. Division One. December 19, 1983.]

HERBERT E. SAGE, *Appellant,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 784336, Frank D. Howard, J., entered November 30, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 11635-5-I. Division One. December 19, 1983.]

MARGARET COUGHLIN, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-12959-5, Jim Bates, J., entered October 13, 1981. *Affirmed* by unpublished per curiam opinion.